Filer's Name, Address, Phone, Fax, Email:

Joyce J. Uehara
98-084 Kamehameha Highway
Suite 303B
Aiea, HI 96701
(808) 486-2800
Fax: (888) 990-1889
aiealawoffice@gmail.com

hib_1009-1 (2/14)

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2015 JAN 29 A 11: 04

MICHAEL B. DOWLING
CLERK OF COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

JUANITO MALICDEM BATO, II
ALDA JOY COLLO BATO

Chapter: 7 Case No.: 14-01667

Related Docket No.:

| COVER SHEET FOR AMENDMENTS ||
|---|---|
| *Check all of the following that are being amended.* | ☐ List of Creditors / Mailing Matrix |
| Schedules: ☒A ☐B ☒C ☐G ☐H ☐I ☐J | ☐ $30.00 fee (must be paid unless (i) only updating an address, or (ii) only adding a creditor's attorney) |
| Schedules: ☐D ☐E ☐F ($30.00 fee for 1 or more) | |
| ☐ Statement of Financial Affairs | ☐ List of Equity Security Holders |
| ☐ Statement of Intention | ☐ List of 20 Largest Unsecured Creditors |
| ☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation) ||

## DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. *[If filing electronically through ECF, a **Declaration re: Electronic Filing** with original signatures must be submitted on paper not later than 7 days after filing the amendments.]*

JUANITO MALICDEM BATO, II
Signature of Debtor
Dated: 01.27.15

ALDA JOY COLLO BATO
Signature of Joint Debtor
Dated: 1.27.15

## CERTIFICATE OF SERVICE

The undersigned certifies:

☒ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: 1/27/15

Joyce J. Uehara

**Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.**

In re  **JUANITO MALICDEM BATO, II,**  Case No. __14-01667__
      **ALDA JOY COLLO BATO**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| town home located at 91-1031 Kaimalie Street Apt. 4Q6, Ewa Beach, Hawaii 96706 | fee simple interest tenancy by the entirety | J | 365,000.00 | 269,144.38 |
| | | Sub-Total > | 365,000.00 | (Total of this page) |
| | | Total > | 365,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  JUANITO MALICDEM BATO, II,  Case No. __14-01667__
       ALDA JOY COLLO BATO

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| town home located at 91-1031 Kaimalie Street Apt. 4Q6, Ewa Beach, Hawaii 96706 | Sawada v. Endo, 561 P.2d 1291 (1977)/Security Pacific Bank v. Chang, 818 F.Supp 1343 (D.Haw.1993) | 95,855.62 | 365,000.00 |
| **Household Goods and Furnishings** | | | |
| dining set ($150.00), sofa ($200.00), loveseat ($150.00), lamp ($20.00), shelf ($20.00), corner shelf ($20.00), entertainment center ($60.00), Canon inkjet printer ($25.00), Panasonic laptop ($100.00), Toshiba laptop ($150.00), Sony Bluray player ($75.00), Sony 42" television ($300.00), 2 full size mattresses @ $50.00 each ($100.00), queen size mattress ($100.00), 4 piece bedroom set ($400.00), 4 piece bedroom set ($350.00), bedroom set ($250.00), washer ($200.00), dryer ($200.00), refrigerator ($125.00), towels, linens and bedding ($100.00), iPod ($50.00), Nintendo Wii ($100.00), 20 Wii games @ $5.00 each ($100.00), Playstation ($200.00), 20 Playstation games @ $7.50 each ($150.00), PSP ($75.00) | HRS § 651-121(1) | 3,770.00 | 3,770.00 |
| **Wearing Apparel** | | | |
| men's wearing apparel | HRS § 651-121(1) | 400.00 | 400.00 |
| women's wearing apparel | HRS § 651-121(1) | 250.00 | 250.00 |
| **Furs and Jewelry** | | | |
| white gold wedding band ($100.00), gold wedding band ($150.00) | HRS § 651-121(1) | 250.00 | 250.00 |
| white gold wedding band set ($200.00), gold rings ($100.00), fashion jewelry ($50.00) | HRS § 651-121(1) | 350.00 | 350.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| District Council 50 annuity | HRS § 651-124 | 120,000.00 | 120,000.00 |
| | Total: | 220,875.62 | 490,020.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii   #14-01667   Dkt # 15-1   Filed 01/29/15   Page 3 of 7

Ann McIntire, Esq.
Mandarich Law Group, LLP
6301 Owensmouth Ave Ste 850
Woodland Hills, CA 91367


ARMG of Hawaii
1401 S Beretania Street
Suite 250
Honolulu, HI 96814-1876


Calvin S. Oishi, M.D., Inc.
P.O. Box 30570
Honolulu, HI 96820-0570


Capital One
c/o Marvin S.C. Dang, Esq
P.O. Box 4109
Honolulu, HI 96812-4109


Capital One
P. O. Box 30281
Salt Lake City, UT 84130-0281


Central Pacific Bank
P.O. Box 3590
Honolulu, HI 96811-3590


Chemi Toi
c/o National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036


Citifinancial, Inc.
91-1001 Kaimalie Street
Suite 103
Ewa Beach, HI 96706

Citifinancial, Inc.
c/o Marvin S.C. Dang, Esq.
P.O. Box 4109
Honolulu, HI 96812-4109


GECRB/Chevron
Bankruptcy Department
P.O. Box 103106
Roswell, GA 30076-3106


GECRB/GE Capital
c/o P.O. Box 965036
Orlando, FL 32896-5036


GECRB/Walmart
c/o Portfolio Recovery Assocs., LLC
120 Corporate Boulevard
Norfolk, VA 23502


Greigh I. Hirata, M.D., Inc.
P.O. Box 1300
Mail Code 61247
Honolulu, HI 96807


Hawaii Pet Imaging Centers, LLC
c/o Credit associates of Maui
P.O. Box 1074
Wailuku, HI 96793


Hawaii USA FCU
1226 College Walk
Honolulu, HI 96817


HSBC
c/o CACH, LLC
4340 S. Monaco Street, 2nd Floor
Denver, CO 80237-3485

Macy's
c/o Northald Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439


Nordstrom FSB
P.O. Box 13589
Scottsdale, AZ 85267-3589


OneMain Financial
Bankruptcy Department
P.O. Box 140489
Irving, TX 75014-0489


OneMain Financial
6801 Colwell Boulevard
Irving, TX 75039-3198


Pacific Radiology Group, Inc.
321 N Kuakini St
Suite 405
Honolulu, HI 96817


Pan Pacific Pathologists, LLC
P.O. Box 1880
Hilo, HI 96721-1880


Penn Foster
c/o ACC, LLC
Moosic, PA 18507


Physician Fin. Recovery Svc., LLC
1132 Bishop Street
Suite 303
Honolulu, HI 96813

Primary Financial Services, Inc.
5959 Corporate Drive
Suite 1400
Houston, TX 77036


Radiology Associates, Inc.
P.O. Box 30990
Honolulu, HI 96820-0990


Sorbella Guillermo, M.D., Inc.
94-300 Farrington Highway
Suite F8
Waipahu, HI 96797-2648


TD Bank USA/Target Credit
P.O. Box 673
Minneapolis, MN 55440


The Emergency Group, Inc.
770 Kapiolani Blvd.
Suite 705
Honolulu, HI 96813


Union Plus Credit Card
P.O. Box 5264
Carol Stream, IL 60197