```
                              United States Bankruptcy Court
                                    District of Hawaii
In re:                                                              Case No. 14-01667-rjf
Juanito Malicdem Bato, II                                           Chapter 13
Alda Joy Collo Bato
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0975-1         User: darlene              Page 1 of 2            Date Rcvd: Feb 13, 2015
                             Form ID: ord019            Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2015.
```
db/jdb        +Juanito Malicdem Bato, II,    Alda Joy Collo Bato,    91-1031 Kaimalie Street, Apt. 4Q6,
                Ewa Beach, HI 96706-6015
aty           +Joyce J. Uehara,    98-084 Kamehameha Hwy., Ste. 303B,    Aiea, HI 96701-5124
tr            +Dane S. Field,    P.O. Box 4198,    Honolulu, HI 96812-4198
1281649        ARMG of Hawaii,    1401 S Beretania Street,    Suite 250,    Honolulu, HI 96814-1876
1281648       +Ann McIntire, Esq.,    Mandarich Law Group, LLP,    6301 Owensmouth Ave Ste 850,
                Woodland Hills, CA 91367-2271
1281650        Calvin S. Oishi, M.D., Inc.,    P.O. Box 30570,    Honolulu, HI 96820-0570
1281652        Capital One,    P. O. Box 30281,    Salt Lake City, UT 84130-0281
1281651        Capital One,    c/o Marvin S.C. Dang, Esq,    P.O. Box 4109,    Honolulu, HI 96812-4109
1281654        Chemi Toi,    c/o National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
1281655       +Citifinancial, Inc.,    91-1001 Kaimalie Street,    Suite 103,    Ewa Beach, HI 96706-6247
1281656        Citifinancial, Inc.,    c/o Marvin S.C. Dang, Esq.,    P.O. Box 4109,    Honolulu, HI 96812-4109
1281659       +GECRB/Walmart,    c/o Portfolio Recovery Assocs., LLC,    120 Corporate Boulevard,
                Norfolk, VA 23502-4962
1281660       +Greigh I. Hirata, M.D., Inc.,    P.O. Box 1300,    Mail Code 61247,    Honolulu, HI 96807-1300
1281661       +Hawaii Pet Imaging Centers, LLC,    c/o Credit associates of Maui,    P.O. Box 1074,
                Wailuku, HI 96793-1074
1281662       +Hawaii USA FCU,    1226 College Walk,    Honolulu, HI 96817-3946
1281664       +Macy’s,    c/o Northald Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
1281667        OneMain Financial,    6801 Colwell Boulevard,    Irving, TX 75039-3198
1281668       +Pacific Radiology Group, Inc.,    321 N Kuakini St,    Suite 405,    Honolulu, HI 96817-2391
1281669        Pan Pacific Pathologists, LLC,    P.O. Box 1880,    Hilo, HI 96721-1880
1281670        Penn Foster,    c/o ACC, LLC,    Moosic, PA 18507
1281671       +Physician Fin. Recovery Svc., LLC,    1132 Bishop Street,    Suite 303,    Honolulu, HI 96813-2830
1281673        Radiology Associates, Inc.,    P.O. Box 30990,    Honolulu, HI 96820-0990
1281674        Sorbella Guillermo, M.D., Inc.,    94-300 Farrington Highway,    Suite F8,
                Waipahu, HI 96797-2648
1281675       +TD Bank USA/Target Credit,    P.O. Box 673,    Minneapolis, MN 55440-0673
1281676       +The Emergency Group, Inc.,    770 Kapiolani Blvd.,    Suite 705,    Honolulu, HI 96813-5241
1281677       +Union Plus Credit Card,    P.O. Box 5264,    Carol Stream, IL 60197-5264
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: retailcollections@centralpacificbank.com Feb 14 2015 02:29:30
                Central Pacific Bank,    c/o Cori Ann C. Takamiya, Esq.,    220 S. King St., Suite 1900,
                Honolulu, HI 96813-4590
1281653        E-mail/Text: retailcollections@centralpacificbank.com Feb 14 2015 02:29:30
                Central Pacific Bank,    P.O. Box 3590,    Honolulu, HI 96811-3590
1285684       +E-mail/Text: retailcollections@centralpacificbank.com Feb 14 2015 02:29:30
                Central Pacific Bank,    c/o Cori Ann C. Takamiya, Esq.,    220 S. King Street, Suite 1900,
                Honolulu, Hawaii 96813-4590
1281657       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 02:26:13        GECRB/Chevron,
                Bankruptcy Department,    P.O. Box 103106,    Roswell, GA 30076-9106
1281658        E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2015 02:25:55        GECRB/GE Capital,
                c/o P.O. Box 965036,    Orlando, FL 32896-5036
1281663        E-mail/Text: ebn@squaretwofinancial.com Feb 14 2015 02:29:30        HSBC,    c/o CACH, LLC,
                4340 S. Monaco Street, 2nd Floor,    Denver, CO 80237-3485
1281665        E-mail/Text: bnc@nordstrom.com Feb 14 2015 02:29:22        Nordstrom FSB,    P.O. Box 13589,
                Scottsdale, AZ 85267-3589
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1281666       ##OneMain Financial,    Bankruptcy Department,    P.O. Box 140489,    Irving, TX 75014-0489
1281672       ##+Primary Financial Services, Inc.,    5959 Corporate Drive,    Suite 1400,
                Houston, TX 77036-2311
                                                                                               TOTALS: 0, * 0, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2015 at the address(es) listed below:

      Cori Ann C. Takamiya    on behalf of Creditor    Central Pacific Bank bankruptcy@kdubm.com, ctakamiya@kdubm.com
      Dane S. Field    dfield@hawaii.rr.com, dsfield@ecf.epiqsystems.com
      Howard M.S. Hu    Ch13mail@aol.com, hhu1h13@ecf.epiqsystems.com
      Jill J. Takayama    on behalf of Creditor    Central Pacific Bank jtakayama@kdubm.com, bankruptcy@kdubm.com
      Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov

                                                                                 TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In Re:

**Juanito Malicdem Bato, II and Alda Joy Collo Bato**

Debtor(s).

SSN of Debtor: xxx–xx–4452

SSN of Joint Debtor: xxx–xx–9935

Case No.: **14–01667**

Chapter: **13**

## *Date Entered: February 13, 2015*

### ORDER CONVERTING CHAPTER 7 CASE TO A CHAPTER 13 CASE

The debtor has requested conversion under 11 U.S.C. § 706(a).

**IT IS HEREBY ORDERED:**

1. This case is converted to a case under chapter 13 of the Bankruptcy Code.

2. Within 14 days after the date of entry of this order, the debtor shall file:

    a. The schedules and statements required by 11 U.S.C. § 521(1) and Fed. R. Bankr. P. 1019(1)(A), if such documents have not been previously filed;

    b. A chapter 13 plan as required by 11 U.S.C. § 1321 and Fed. R. Bankr. P. 3015(b); and

    c. If this case commenced on or after October 17, 2005, Official Form B22C – Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income.

3. The debtor shall commence making the payments proposed by a plan within 30 days after the date of this order as required by 11 U.S.C. § 1326.

4. If the debtor fails timely to comply with the above–described requirements, the court may dismiss the case and bar the debtor from filing a subsequent petition for 180 days after the date of entry of this order, without further notice or a hearing.

5. The chapter 7 trustee shall:

    a. Forthwith turn over to the debtor all records and property of the estate in the chapter 7 trustee's possession and control; and

    b. Make a final report and file a final account of the administration of the estate with the court and the United States Trustee in accordance with 11 U.S.C. § 704(9), within 30 days after the date of entry of this order.

6. Within 30 days after the date of entry of this order, the chapter 7 trustee or any other party entitled to compensation from the estate may file an application for compensation and reimbursement of expenses.

**Dated: February 13, 2015**

Honolulu, Hawaii

*Robert J. Faris*
United States Bankruptcy Judge