| Filer's Name, Address, Phone, Fax, Email: | hib_1009-1 (2/14) |
|---|---|

Joyce J. Uehara
98-084 Kamehameha Highway
Suite 303B
Aiea, HI 96701
(808) 486-2800
Fax: (888) 990-1889
aiealawoffice@gmail.com

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2015 FEB 24 A 11: 39
MICHAEL B. DOWLING
CLERK OF COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

JUANITO MALICDEM BATO, II
ALDA JOY COLLO BATO

Chapter: 13 Case No.: **14-01667**

Related Docket No.: **3**

## COVER SHEET FOR AMENDMENTS

*Check all of the following that are being amended.*

☒ List of Creditors / Mailing Matrix

Schedules: ☐ A ☐ B ☐ C ☐ G ☐ H ☐ I ☐ J

☐ $30.00 fee (must be paid unless (i) only updating an address, or (ii) only adding a creditor's attorney)

Schedules: ☐ D ☐ E ☒ F ($30.00 fee for 1 or more)

☐ Statement of Financial Affairs

☐ List of Equity Security Holders

☐ Statement of Intention

☐ List of 20 Largest Unsecured Creditors

☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper not later than 7 days after filing the amendments.*]

JUANITO MALICDEM BATO, II
Signature of Debtor
Dated: 02.20.15

ALDA JOY COLLO BATO
Signature of Joint Debtor
Dated: 2-20-15

### CERTIFICATE OF SERVICE

The undersigned certifies:

☒ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: 2/18/15

Joyce J. Uehara

**Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.**

B6F (Official Form 6F) (12/07)

In re  JUANITO MALICDEM BATO, II,  
      ALDA JOY COLLO BATO

Case No. __14-01667__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2975<br><br>ARMG of Hawaii<br>1401 S Beretania Street<br>Suite 250<br>Honolulu, HI 96814-1876 | | W | claim incurred in 05/2014<br>for medical services for joint debtor | | | | 134.98 |
| Account No. 7905<br><br>Calvin S. Oishi, M.D., Inc.<br>P.O. Box 30570<br>Honolulu, HI 96820-0570 | | W | claim incurred in 2013<br>for medical services for joint debtor | | | | 15.17 |
| Account No. 0944<br><br>Capital One<br>c/o Marvin S.C. Dang, Esq<br>P.O. Box 4109<br>Honolulu, HI 96812-4109 | | H | claim incurred in 2012<br>for credit card purchases | | | | 6,393.38 |
| Account No. unknown<br><br>Capital One<br>P. O. Box 30281<br>Salt Lake City, UT 84130-0281 | | H | claim incurred in 2012<br>for credit card purchases | | | | 6,538.00 |
| __5__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 13,081.53 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            S/N:41305-150123  Best Case Bankruptcy

In re  JUANITO MALICDEM BATO, II,  
      ALDA JOY COLLO BATO,  
                                          Debtors

Case No. __14-01667__

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. unknown<br><br>Chemi Toi<br>c/o National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | | H | claim incurred in 2009<br>for rental of portable toilet | | | | 181.00 |
| Account No. 9789<br><br>Citifinancial, Inc.<br>91-1001 Kaimalie Street<br>Suite 103<br>Ewa Beach, HI 96706 | | J | claim incurred in 2010<br>for refinance of personal loan | | | | 14,671.80 |
| Account No. 2357<br><br>Citifinancial, Inc.<br>c/o Marvin S.C. Dang, Esq.<br>P.O. Box 4109<br>Honolulu, HI 96812-4109 | | H | | | | | 10,357.51 |
| Account No. 7287<br><br>GECRB/Chevron<br>Bankruptcy Department<br>P.O. Box 103106<br>Roswell, GA 30076-3106 | | H | claim incurred in 2012<br>for credit card purchases | | | | 2,331.36 |
| Account No. unknown<br><br>GECRB/GE Capital<br>c/o P.O. Box 965036<br>Orlando, FL 32896-5036 | | H | claim incurred in 2012<br>for credit card purchases | | | | 2,368.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    29,909.67

B6F (Official Form 6F) (12/07) - Cont.

In re  JUANITO MALICDEM BATO, II,                                    Case No.  __14-01667__
        ALDA JOY COLLO BATO
_____,
                                   Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8669 <br><br> GECRB/Walmart <br> c/o Portfolio Recovery Assocs., LLC <br> 120 Corporate Boulevard <br> Norfolk, VA 23502 | | W | claim incurred in 2011 <br> for credit card purchases | | | | 584.62 |
| Account No. 8446 <br><br> Greigh I. Hirata, M.D., Inc. <br> P.O. Box 1300 <br> Mail Code 61247 <br> Honolulu, HI 96807 | | W | claim incurred in 06/2014 <br> for medical services for joint debtor | | | | 18.22 |
| Account No. unknown <br><br> Hawaii Pet Imaging Centers, LLC <br> c/o Credit associates of Maui <br> P.O. Box 1074 <br> Wailuku, HI 96793 | | W | cliaim incurred in 2012 <br> for veterinary services | | | | 137.32 |
| Account No. unknown <br><br> Hawaii USA FCU <br> 1226 College Walk <br> Honolulu, HI 96817 | | H | claim incurred in 2008 <br> for personal loan | | | | 7,250.00 |
| Account No. unknown <br><br> HSBC <br> c/o CACH, LLC <br> 4340 S. Monaco Street, 2nd Floor <br> Denver, CO 80237-3485 | | H | claim incurred in 2012 <br> for credit card purchases | | | | 5,884.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            13,874.16

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re  JUANITO MALICDEM BATO, II,  
ALDA JOY COLLO BATO

Case No. __14-01667__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3521<br><br>Macy's<br>c/o Northald Group, Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439 | | W | claim incurred in 2013<br>for credit card purchases | | | | 2,061.30 |
| Account No. 438<br><br>Nordstrom FSB<br>P.O. Box 13589<br>Scottsdale, AZ 85267-3589 | | H | claim incurred in 2012<br>for credit card purchases | | | | 47.21 |
| Account No. 7261<br><br>OneMain Financial<br>NTBS-2320<br>6801 Colwell Boulevard<br>Irving, TX 75039-3192 | | H | claim incurred in 2012<br>for personal loan | | | | 14,089.76 |
| Account No. unknown<br><br>OneMain Financial<br>NTBS-2320<br>3801 Colwell Boulevard<br>Irving, TX 75039-3198 | | J | claim incurred in 2011<br>for personal loan | | | | 10,357.00 |
| Account No. 2948<br><br>Pacific Radiology Group, Inc.<br>321 N Kuakini St<br>Suite 405<br>Honolulu, HI 96817 | | H | claim incurred in 10/2012<br>for medical services for debtor | | | | 2.38 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) 26,557.65

In re  JUANITO MALICDEM BATO, II,
       ALDA JOY COLLO BATO
                                                                      Case No.  14-01667
                                           Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9890<br><br>Pan Pacific Pathologists, LLC<br>P.O. Box 1880<br>Hilo, HI 96721-1880 | | W | claim incurred in 09/2013<br>for medical services for joint debtor | | | | 11.31 |
| Account No. unknown<br><br>Penn Foster<br>14300 N Northsight Boulevard<br>Suite 120<br>Scottsdale, AZ 85260 | | W | claim incurred in 2009<br>for student loan | | | | 622.00 |
| Account No. 833A<br><br>Physician Fin. Recovery Svc., LLC<br>1132 Bishop Street<br>Suite 303<br>Honolulu, HI 96813 | | W | claim incurred in 11/2014<br>for medical services for joint debtor | | | | 55.34 |
| Account No. 8551<br><br>Radiology Associates, Inc.<br>P.O. Box 30990<br>Honolulu, HI 96820-0990 | | W | claim incurred in 08/2014<br>for medical services for joint debtor | | | | 2.84 |
| Account No. 2274<br><br>Sorbella Guillermo, M.D., Inc.<br>94-300 Farrington Highway<br>Suite F8<br>Waipahu, HI 96797-2648 | | H | claim incurred in 2012-2014<br>for medical services for dependents | | | | 132.58 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    824.07

In re   JUANITO MALICDEM BATO, II,   Case No. __14-01667__
        ALDA JOY COLLO BATO
                                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. unknown<br><br>TD Bank USA/Target Credit<br>P.O. Box 673<br>Minneapolis, MN 55440 | | W | claim incurred in 2011<br>for credit card purchases | | | | 466.00 |
| Account No. 3554<br><br>The Emergency Group, Inc.<br>770 Kapiolani Blvd.<br>Suite 705<br>Honolulu, HI 96813 | | W | claim incurred in 08/2014<br>for medical services for joint debtor | | | | 17.42 |
| Account No. 2890<br><br>Union Plus Credit Card<br>P.O. Box 30275<br>Salt Lake City, UT 84130-0275 | | H | claim incurred in 2012<br>for credit card purchases | | | | 5,569.74 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   6,053.16

Total (Report on Summary of Schedules)   90,300.24

# United States Bankruptcy Court
## District of Hawaii

In re: JUANITO MALICDEM BATO, II
ALDA JOY COLLO BATO

Debtor(s)

Case No. 14-01667
Chapter 13

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02·20·15

JUANITO MALICDEM BATO, II
Signature of Debtor

Date: 2·20·15

ALDA JOY COLLO BATO
Signature of Debtor

Ann McIntire, Esq.
Mandarich Law Group, LLP
6301 Owensmouth Ave Ste 850
Woodland Hills, CA 91367


ARMG of Hawaii
1401 S Beretania Street
Suite 250
Honolulu, HI 96814-1876


Calvin S. Oishi, M.D., Inc.
P.O. Box 30570
Honolulu, HI 96820-0570


Capital One
c/o Marvin S.C. Dang, Esq
P.O. Box 4109
Honolulu, HI 96812-4109


Capital One
P. O. Box 30281
Salt Lake City, UT 84130-0281


Central Pacific Bank
P.O. Box 3590
Honolulu, HI 96811-3590


Chemi Toi
c/o National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036


Citifinancial, Inc.
91-1001 Kaimalie Street
Suite 103
Ewa Beach, HI 96706

Citifinancial, Inc.
c/o Marvin S.C. Dang, Esq.
P.O. Box 4109
Honolulu, HI 96812-4109


Cori Ann C. Takamiya, Esq.
Kessner Umebayashi Bain & Matsunaga
220 S King St Ste 1900
Honolulu, HI 96813


GECRB/Chevron
Bankruptcy Department
P.O. Box 103106
Roswell, GA 30076-3106


GECRB/GE Capital
c/o P.O. Box 965036
Orlando, FL 32896-5036


GECRB/Walmart
c/o Portfolio Recovery Assocs., LLC
120 Corporate Boulevard
Norfolk, VA 23502


Greigh I. Hirata, M.D., Inc.
P.O. Box 1300
Mail Code 61247
Honolulu, HI 96807


Hawaii Pet Imaging Centers, LLC
c/o Credit associates of Maui
P.O. Box 1074
Wailuku, HI 96793


Hawaii USA FCU
1226 College Walk
Honolulu, HI 96817

HSBC
c/o CACH, LLC
4340 S. Monaco Street, 2nd Floor
Denver, CO 80237-3485


Jill J. Takayama, Esq.
Kessner Umebayashi Bain & Matsunaga
220 S King St Ste 1900
Honolulu, HI 96813


Macy's
c/o Northald Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439


Nordstrom FSB
P.O. Box 13589
Scottsdale, AZ 85267-3589


OneMain Financial
NTBS-2320
6801 Colwell Boulevard
Irving, TX 75039-3192


OneMain Financial
NTBS-2320
3801 Colwell Boulevard
Irving, TX 75039-3198


Pacific Radiology Group, Inc.
321 N Kuakini St
Suite 405
Honolulu, HI 96817


Pan Pacific Pathologists, LLC
P.O. Box 1880
Hilo, HI 96721-1880

Penn Foster
14300 N Northsight Boulevard
Suite 120
Scottsdale, AZ 85260


Physician Fin. Recovery Svc., LLC
1132 Bishop Street
Suite 303
Honolulu, HI 96813


Primary Financial Services, Inc.
4950 Genesee Street
Suite 140
Buffalo, NY 14225-5570


Radiology Associates, Inc.
P.O. Box 30990
Honolulu, HI 96820-0990


Sorbella Guillermo, M.D., Inc.
94-300 Farrington Highway
Suite F8
Waipahu, HI 96797-2648


TD Bank USA/Target Credit
P.O. Box 673
Minneapolis, MN 55440


The Emergency Group, Inc.
770 Kapiolani Blvd.
Suite 705
Honolulu, HI 96813


Union Plus Credit Card
P.O. Box 30275
Salt Lake City, UT 84130-0275