# United States Bankruptcy Court
## District of Hawaii

In re: JUANITO MALICDEM BATO, II
ALDA JOY COLLO BATO

Debtor(s)

Case No. **14-01667**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2015, a copy of the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines filed February 15, 2015 was served by regular United States mail to the creditor listed below.

Citifinancial, Inc.
c/o CACH, LLC
4340 S Monaco
2nd Floor
Denver, CO 80237

/s/ Joyce J. Uehara
Joyce J. Uehara, Attorney at Law
98-084 Kamehameha Highway
Suite 303B
Aiea, HI 96701
(808) 486-2800 Fax:(888) 990-1889
aiealawoffice@gmail.com