*Filer's Name, Address, Phone, email:*
JOYCE J. UEHARA #3267
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii 96701
Tel: (808) 486-2800
aiealawoffice@gmail.com



**UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813**

hib_2002-1x (7/2013)

Debtor(s): **JUANITO MALICDEM BATO, II
ALDA JOY COLLO BATO**

Chapter 13     Case No. **14-01667**

## REQUEST FOR REMOVAL OF CREDITOR OR PARTY FROM NOTICE LIST

*[A creditor who has filed a claim will not be removed from the notice list.]*

The undersigned requests removal of the following name and address from the notice list in this case.

Primary Financial Services, Inc.
5959 Corporate Drive
Suite 1400
Houston, TX 77036

○ I am the person named above.

○ I am the authorized agent for the corporation, partnership, or LLC identified above.

● I am or represent the debtor(s) and the name above was included in the list of creditors in error; the person named above is not a creditor or party in interest in this case and is not listed in schedules D, E, F, G, or H.

I declare under penalty of perjury that the information above is correct. If I am or represent the person or entity named above, I understand that I am waiving further notice in this bankruptcy case.

Dated: May 1, 2015                    /s/ JOYCE J. UEHARA