Date Signed:
July 20, 2015



SO ORDERED.

/s/ Robert J. Faris
Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

Debtor(s): **JUANITO MALICDEM BATO II and ALDO JOY COLLO BATO**

Chapter 13  Case No. **14-01667**

Debtor/Employee's SSN: XXX-XX-**4452**

### APPLICATION AND ORDER FOR EMPLOYER TO PAY FUNDS TO TRUSTEE  ☒ Amended

**EMPLOYEE** Name and Address:
JUANITO MALICDEM BATO II
91-1031 Kaimali Street Apt. 4Q6
Ewa Beach, Hawaii 96706

**EMPLOYER** Name and Address:
JADE PAINTING, INC.
94-1410 Moaniani Street
Waipahu, Hawaii 96797

Send payments to: Howard M.S. Hu, Trustee
1132 Bishop Street, Suite 301
Honolulu, HI 96813

Amount: **$311.90**  To be paid every: (2 wks/month/etc.) **month**

The undersigned debtor agrees to submit wages or other income for periodic and direct payment to the Trustee. In accordance with this application, the above-named employer is directed, until further court order or notification that this case has been converted or dismissed, or that all plan payments have been completed, to deduct the amount stated above from the employee's income and to promptly remit it to the Trustee at the address above. <u>Payments must identify the employee's name and bankruptcy case number.</u>

Payroll deductions such as current income tax withholding, social security, disability, insurance premiums, union dues, and mandatory retirement contributions, are not affected by this order and may be continued. The employer must notify the Trustee of any change in employment affecting compliance with this order.

Dated: 07/17/2015  Signature of Debtor/Attorney: /s/ **JOYCE J. UEHARA**

### END OF ORDER

Submitted by: JOYCE J. UEHARA #3267
98-084 Kamehameha Highway, Suite 303B
Aiea, Hawaii 96701
Tel: (808) 486-2800  Email: aiealawoffice@gmail.com

hib_3070-1a2 (7/13)